STATE OF MINNESOTA
IN SUPREME COURT



FILED

September 12, 2016

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
Paul Robert Hansmeier, a Minnesota Attorney,
Registration No. 0387795.

O R D E R

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action and supplementary petition alleging that respondent Paul Robert Hansmeier committed professional misconduct warranting public discipline. Hansmeier committed misconduct in the first matter by bringing a lawsuit for the sole purpose of conducting discovery to find the identity of others against whom claims could be made, making misrepresentations to the tribunal, filing articles of termination for a corporation that contained false statements, failing to comply with discovery requests, failing to pay attorney fees assessed against him, and transferring funds out of his law firm in order to avoid paying sanctions. In a second matter, Hansmeier committed misconduct by participating in the initiation of a lawsuit without a basis in law and fact, making false and misleading statements to the court, failing to pay attorney fees assessed against him by the court, and submitting to the court a financial statement that was false, misleading, and deceptive. In a third matter, Hansmeier committed misconduct by bringing a frivolous action for an improper purpose. And in a fourth matter, Hansmeier committed misconduct

1

by testifying falsely during a deposition, bringing a frivolous claim, and perpetrating a fraud upon the court. *See* Minn. R. Prof. Conduct 3.1, 3.3(a)(1), 3.4(c), 3.4(d), 4.1, 8.4(c), and 8.4(d); Ill. R. Prof. Conduct 3.1, 3.3(a), 3.4(c), 4.1, 8.4(c), and 8.4(d); and Cal. R. Prof. Conduct 3-200 and 5-200.[1]

The parties have filed a stipulation for discipline with the court. In it, respondent withdraws his previously filed answers to the petition and the supplementary petition, admits the allegations of the petition, admits the allegations of the supplementary petition except for one paragraph that the Director withdraws, and waives his procedural rights under Rule 14, Rules on Lawyers Professional Responsibility (RLPR). The parties jointly recommend that the appropriate discipline is an indefinite suspension with no right to petition for reinstatement for 4 years.

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      Respondent Paul Robert Hansmeier is indefinitely suspended from the practice of law, effective 14 days from the date of this order, with no right to petition for reinstatement for 4 years from the effective date of his suspension.

---

[1]      Minn. R. Prof. Conduct 8.5(b) provides that the professional rules to be applied in connection with a matter pending before a tribunal are the professional rules of the jurisdiction.

2

2.     Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR. Reinstatement is conditioned on successful completion of the written examination required for admission to the practice of law by the State Board of Law Examiners on the subject of professional responsibility and satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR.

3.     Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals) and shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated:  September 12, 2016          BY THE COURT:

David R. Stras
Associate Justice

3